UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
    :
JUSTIN BULLOCK, *on behalf of himself and all others*   :
*similarly situated*,     :
    :
                   Plaintiff,   :     23-CV-6867 (JMF)
    :
           -v-   :     ORDER
    :
ALABAMA POWER COMPANY,   :
    :
                 Defendant.   :
    :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      By separate Order to be docketed today, the Court is amending the scope of the reference to the newly assigned Magistrate Judge, the Honorable Gary Stein, to encompass General Pretrial Purposes, including settlement.  (To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.)  Doing so will provide Magistrate Judge Stein discretion with respect to whether and when to require a settlement conference in this case.

      SO ORDERED.

Dated: September 28, 2023                   _____
      New York, New York                       JESSE M. FURMAN
                                          United States District Judge