UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JUSTIN BULLOCK, on behalf of himself and all others similarly situated,

                Plaintiff,          **23 Civ. No. 6867 (JMF) (GS)**

    -against-                        **ORDER**

ALABAMA POWER COMPANY,

                Defendant.

------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Telephone Conference on **Wednesday, October 11, 2023 at 10:00 a.m.**, for the parties to advise the Court as to the desirability and timing of a settlement conference in this matter. Counsel is directed to join the conference via Microsoft Teams at the scheduled time. **Please dial (646) 453-4442, Access Code: 115 607 420#**.

      In the meantime, and in recognition of the fact that Defendant's time to answer or otherwise respond to the Complaint does not expire until November 13, 2023, the Initial Case Management Conference scheduled for November 16, 2023 is adjourned *sine die*.

      **SO ORDERED.**

DATED:    New York, New York
              October 3, 2023

                                                      _____
                                                        GARY STEIN
                                                        United States Magistrate Judge